No. 46268.—Protests 835542–G, etc., of Sinoruss Trading Co. et al. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of brass oval and oblong boxes, gongs, and finger bowls, and that they are similar in all material respects to those the subject of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstracts 23529, 24575, and 25667. In accordance therewith the claim at 40 percent under paragraph 339 was sustained.